UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FARM FAMILY LIFE INSURANCE COMPANY, Plaintiff | ) | C.A. No. 04-440/T |
| v. | ) | |
| PETER M. MARTIN, JR., Defendant | ) | **AMENDED NOTICE TO TAKE DEPOSITION OF <u>DEFENDANT PETER MARTIN, JR</u>.** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 plaintiff will take the deposition upon oral examination of defendant Peter Martin, Jr. on August 19, 2005 at 9:00 a.m. before a Notary Public or other qualified officer at the offices of VETTER & WHITE, 20 Washington Place, Providence, Rhode Island and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

This notice supercedes all prior deposition notices.

Brooks R. Magratten, Esq. #3585
VETTER & WHITE
Attorneys for the Plaintiff
Farm Family Life Insurance Company
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [fax]

Dated: June 3 , 2005

CERTIFICATE OF SERVICE

TO:

Mr. Peter Martin
P.O. Box 3
Clayville, RI 02815

I hereby certify that I caused to be served on the above-named counsel a copy of the within Amended Notice To Take Deposition of Defendant Peter Martin, Jr. by first class mail on the 3rd day of June, 2005.

Melaine Gaetti