UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FARM FAMILY LIFE INSURANCE COMPANY, Plaintiff | ) | |
| v. | ) | C.A. No.04-440/T |
| PETER M. MARTIN, JR., Defendant | ) | |

**PLAINTIFF'S MOTION FOR A CONDITIONAL ORDER FOR ENTRY OF DEFAULT**

Plaintiff, Farm Family Life Insurance Company, moves for an order directing the entry of default against defendant Peter M. Martin, Jr., unless he appears and provides deposition testimony pursuant to the Second Amended Notice To Take Deposition of Defendant Peter M. Martin, Jr. attached hereto as Exhibit A.

Plaintiff files herewith a supporting memorandum of law.

Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Plaintiff Farm Family Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 22, 2005

CERTIFICATE OF SERVICE

To:

Mr. Peter Martin
P.O. Box 3
Clayville, RI 02815

AND

Six Snagwood Road
Foster, RI 02825-1451

I hereby certify that I caused to be served on the above-named individual a copy of the within Plaintiff's Motion for a Conditional Order for Entry of Default by mailing first class mail, postage prepaid, on the 23rd day of August, 2005.

Melanie Scotti

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FARM FAMILY LIFE INSURANCE COMPANY, Plaintiff | ) | |
| v. | ) | C.A. No.04-440/T |
| PETER M. MARTIN, JR., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR A CONDITIONAL ORDER FOR ENTRY OF DEFAULT**

Plaintiff Farm Family Life Insurance Company ("Farm Family") submits this memorandum in support of its motion for an order directing the entry of default against defendant Peter M. Martin, Jr., unless he appears and provides deposition testimony on September 21, 2005, at 9:30 a.m. pursuant to the Second Amended Notice to Take Deposition of Defendant Peter M. Martin, Jr. attached to the motion submitted herewith as Exhibit A.

Farm Family initiated this action against defendant to rescind two disability insurance policies and a life insurance policy because of several material misrepresentations in his applications for coverage. Farm Family also seeks a declaration that the life insurance policy has lapsed for nonpayment of premiums. On February 4, 2005, defendant submitted a two-paragraph answer in which he "accept[ed] the summons" and "disagree[d] with the complaint."

Pursuant to Fed. R. Civ. P. 30, Farm Family noticed defendant's deposition for August 19, 2005 at 9:00 a.m. See Exhibit 1. On August 15, 2005, Farm Family's counsel attempted to contact defendant by telephone to remind him of the scheduled deposition. Unable to speak to defendant, plaintiff's counsel sent a written reminder to defendant. See Exhibit 2. A copy of the deposition notice and directions to the deposition location were enclosed with the letter. The letter asked defendant to contact Farm Family's counsel if he needed to reschedule.

The following day, August 16, 2005, plaintiff's counsel again attempted to call defendant and this time left an answering machine message asking defendant to return the call. He did not.

Having not heard from defendant, the deposition was scheduled to proceed as noticed, on August 19, 2005 at 9:00 a.m. When defendant failed to appear by 9:20 a.m., plaintiff's counsel again attempted to call defendant, but could not reach him. Because defendant did not appear, the deposition adjourned at approximately 9:35 a.m. and has been re-noticed for September 21, 2005 at 9:30 a.m. See Exhibit A to Farm Family's motion submitted herewith.

A party's refusal to appear at a deposition is appropriate grounds for entry of default. See Eisler v. Stritzler, 535 F.2d 148, 153 (1st Cir. 1976). Farm Family has made every reasonable attempt to take defendant's deposition and has offered to reschedule if necessary. Without notice to Farm Family, defendant failed to appear. In these circumstances, if defendant fails to appear at the September 21, 2005 deposition, entry of default is appropriate. Id.

For the foregoing reasons, Farm Family respectfully requests that this Court issue an order directing the entry of default if defendant fails to appear at the deposition on September 21, 2005 at 9:30 a.m.

Michael J. Daly

Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for the Plaintiff Farm Family
Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 22, 2005

CERTIFICATE OF SERVICE

To:

Mr. Peter Martin
P.O. Box 3
Clayville, RI 02815

AND

Six Snagwood Road
Foster, RI 02825-1451

I hereby certify that I caused to be served on the above-named individual a copy of the within Memorandum in Support of Plaintiff's Motion for a Conditional Order for Entry of Default by mailing first class mail, postage prepaid, on the 23rd day of August, 2005.

Melaine Gaetti