VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

August 15, 2005

Mr. Peter Martin, Jr.
Six Snagwood Road
Foster, Rhode Island 02825-1451

AND

P.O. Box 3
Clayville, Rhode Island 02815

Re: Farm Family Life Insurance Company
vs. Peter M. Martin, Jr.

Dear Mr. Martin:

This is to remind you that you are scheduled to appear at our office so we may take your deposition this **Friday, August 19, 2005, at 9:00 a.m.** We are located at Vetter & White, 20 Washington Place - 3rd Floor, Providence, RI 02903. A copy of the "Amended Notice to Take Deposition of Defendant Peter Martin, Jr." is enclosed. Directions are also enclosed.

If you are unable to attend the deposition and need to reschedule, please contact me immediately at the above-listed number.

Very truly yours,

Michael J. Daly

MJD/lal
Enclosures