UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FARM FAMILY LIFE INSURANCE COMPANY,
Plaintiff

v. C.A. No.04-440/T

PETER M. MARTIN, JR.,
Defendant

**PLAINTIFF'S MOTION FOR A CONDITIONAL ORDER FOR ENTRY OF DEFAULT**

Plaintiff, Farm Family Life Insurance Company, moves for an order directing the entry of default against defendant Peter M. Martin, Jr., unless he appears and provides deposition testimony pursuant to the Second Amended Notice To Take Deposition of Defendant Peter M. Martin, Jr. attached hereto as Exhibit A.

Plaintiff files herewith a supporting memorandum of law.

PASSED AS MOOT.

Michael J. Daly

Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Plaintiff Farm Family Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 22, 2005