UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FARM FAMILY LIFE INSURANCE COMPANY, Plaintiff | ) | C.A. No. 04-440/T |
| v. | ) | |
| PETER M. MARTIN, JR., Defendant | ) | FIFTH AMENDED NOTICE TO TAKE DEPOSITION OF DEFENDANT PETER M. MARTIN, JR. |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 plaintiff will take the deposition upon oral examination of defendant Peter M. Martin, Jr. on **December 12, 2005 at 9:30 a.m.** before a Notary Public or other qualified officer at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island, and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

This notice supercedes all prior deposition notices.

Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for the Plaintiff Farm Family Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: November 29, 2005

CERTIFICATE OF SERVICE

To:

Paul Lancia, Esq.
Lovett & Lovett
358 Broadway
Providence, Rhode Island 02909

Mr. Peter Martin
P.O. Box 3
Clayville, RI 02815

I hereby certify that I caused to be served on the above-named individual a copy of the within Third Amended Notice To Take Deposition of Defendant Peter M. Martin, Jr. by mailing first class mail, postage prepaid, on the 29th day of November, 2005.

Cynthia Dragon