UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DEC 23 2005
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| FARM FAMILY LIFE INSURANCE COMPANY, Plaintiff | ) | |
| v. | ) | C.A. No. 04-440/T |
| PETER M. MARTIN, JR., Defendant | ) | |

**DISMISSAL STIPULATION**

Plaintiff and defendant agree that the complaint may be dismissed with prejudice and without ~~fees or~~ costs.

Paul Lancia, Esq. #4236
Law Office of Paul Lancia
Attorneys for Defendant
358 Broadway
Providence, RI 02909
(401) 453-1550
(401) 621-6006 [FAX]

Michael J. Daly, Esq. #6729
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Date: December 21, 2005

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 1/3/06

CERTIFICATE OF SERVICE

To:

Paul Lancia, Esq.
Law Office of Paul Lancia
358 Broadway
Providence, RI 02909

I hereby certify that I served on the above-named counsel of record a copy of the within Dismissal Stipulation by mailing first class mail, postage prepaid, on the 21st day of December, 2005.

Lisa A. Lariviere